**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 15-46687-399 |
| WARDELL D HAWKINS ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | November 4, 2015  10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 U.S.C. §§ 1322(a)(2) & 1325(a)(5)(B)(ii)
2. The Trustee has not received a copy of the most recently filed Federal tax return.
3. The set monthly payments to be made by the Trustee exceed the plan payment.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: October 29, 2015    /s/ Kathy Wright
                          Kathy Wright MO31047
OBJCONFAF--KLW            Attorney for Trustee
                          P.O. Box 430908
                          St. Louis, MO  63143
                          (314) 781-8100  Fax: (314) 781-8881
                          trust33@ch13stl.com

The undersigned hereby certifies that he served the above notice on this day of October 29, 2015, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

                          /s/ Kathy Wright

WARDELL D HAWKINS
14320 VENTERA BLVD #211
SHERMAN OAKS, CA  91423

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123